**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br>vs.<br><br>IDEAL FINANCIAL SOLUTIONS, INC., *et al.*,<br><br>        Defendants. | Case No.: 2:13-cv-00143-JAD-GWF |
| THOMAS W. MCNAMARA,<br><br>        Plaintiff,<br>vs.<br><br>VOLTAGE PAY INC., *et al.*,<br><br>        Defendants. | Case No.: 2:15-cv-02177-GMN-NJK<br><br>**TRANSFER ORDER** |

Plaintiff Thomas W. McNamara filed a Notice of Related Cases (ECF No. 2) in Case No. 2:15-cv-02177-GMN-NJK, *Thomas W. McNamara v. Voltage Pay Inc., et al.* In the interest of judicial economy and familiarity, the presiding District Judges in each of these actions have preliminarily determined that these cases are related and transfer of Case No. 2:15-cv-02177-GMN-NJK, *Thomas W. McNamara v. Voltage Pay Inc., et al.* to District Judge Jennifer A. Dorsey is appropriate.

/ / /

/ / /

/ / /

/ / /

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall transfer Case No. 2:15-cv-02177-GMN-NJK, *Thomas W. McNamara v. Voltage Pay Inc., et al.* to District Judge Jennifer A. Dorsey and **all future pleadings shall bear the following Case No.: 2:15-cv-02177-JAD-GWF.**

**DATED** this __18__ day of November, 2015.

_____  _____  _____
Jennifer A. Dorsey                              Gloria M. Navarro, Chief Judge
United States District Judge              United States District Judge