Sara J. O'Connell (*Pro Hac Vice*)
soconnell@mcnamarallp.com
Edward Chang (NV 11783)
echang@mcnamarallp.com
MCNAMARA BENJAMIN LLP
501 West Broadway, Suite 2020
San Diego, California 92101
Tel.:   619-269-0400
Fax:   619-269-0401

Abran E. Vigil (NV 7548)
vigila@ballardspahr.com
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Tel.:   702-471-7000
Fax:   702-471-7070

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Receiver for Ideal Financial Solutions, Inc.; Ascot Crossing, LLC; Chandon Group, Inc.; Bracknell Shore, Ltd.; Fiscal Fitness, LLC; Avanix, LLC; Debt Elimination Systems, LLC; US Debt Relief, LLC; Money Mastery, LLC; US Debt Assistance Corp.; IWB Services (St. Kitts); Financial Fitness, LLC; Debt to Wealth, LLC (St. Kitts); Debt to Wealth, LLC (Nevada); Ideal Goodness, LLC; Dollars West, LLC; Fluidity, LLC; Newport Sails, LLC; Shaw Shank, LLC; Bunker Hillside, LLC; Funding Guarantee, LLC; Newline Cash, LLC; Wealth Fitness, LLC; Zeal Funding Services, LLC; and related subsidiaries and affiliates,<br><br>Plaintiff,<br><br>v.<br><br>VOLTAGE PAY INC., a Canadian corporation doing business as voltagepay.com, Voltage Payments, Inc., and Voltage Pay LLC; KEVIN LEWIS; JETY HOLDINGS, a company of unknown origins; DAVID SHEHKTER; 2170773 ONTARIO LIMITED, a Canadian corporation; and ROES 1-10.<br><br>Defendants. | **Case No. 2:15-cv-02177-JAD-GWF**<br><br>**JOINT MOTION AND STIPULATION TO AMEND THE DISCOVERY PLAN AND SCHEDULING ORDER (Second Request)**<br><br>Related Case:<br><br>*Federal Trade Commission v. Ideal Financial Solutions, Inc. et al*., District of Nevada, Case No. 2:13-cv-00143-JAD-GWF |

Pursuant to Fed. R. Civ. P. 16(b)(4), LR IA 6-1, LR IA 6-2, and LR 26-4, Plaintiff Thomas W. McNamara, the Court-appointed Receiver in *Federal Trade Commission v. Ideal Financial Solutions, Inc., et al.*, District of Nevada, Case No. 2:13-cv-00143-JAD (GWF), and Defendants Voltage Pay Inc., Jety Holdings, Kevin Lewis, David Shekhter and 2170773 Ontario Limited jointly stipulate and move to extend certain dates included in the Court's Scheduling Order (ECF No. 64) regarding this case's discovery plan.  This is the second request for an extension of time.  Good cause exists to support this motion, as explained below:

A. <u>Completed Discovery</u>

The following discovery has occurred:

Plaintiff has served Defendants with the following items:

1. Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1);
2. First Set of Interrogatories;
3. First Set of Requests for Production of Documents; and
4. First Set of Requests for Admissions.

In addition, Plaintiff has produced over 40,000 pages of documents and approximately 39 GB of electronic data that are not conducive to Bates-stamping (i.e., zipped files, Excel files, Outlook PST files, etc.).

Defendants have served Plaintiff with the following items:

1. Initial Disclosures;
2. First Set of Interrogatories;
3. First and Second Set of Requests for Production of Documents.

Defendants have deposed Plaintiff.  In addition, Defendants have produced nearly 2,000 pages of documents in response to Plaintiff's request for production of documents and interrogatories.

Plaintiff deposed Defendants David Shekhter and Kevin Lewis, in their individual capacities as well as a representative of Voltage Pay Inc., Jety Holdings, and 2170773 Ontario Limited.

A deposition of Payment Data Systems, Inc.'s witness is scheduled for early next month.

Defendants served a subpoena on Fifth Third Bank to produce certain bank records and received records in return.

At least one meet and confer has taken place between the parties that may lead to a motion to compel if the parties cannot resolve it; however, the parties are hopeful they can resolve the matter without court intervention.

B.  Incomplete Discovery

The Parties anticipate that they will continue to produce additional documents. The Parties also anticipate that each side will take additional depositions. Finally, the Parties expect that they will engage in expert discovery.

C.  Reasons to Extend Discovery Deadlines

Both parties desire additional time to facilitate possible resolution of the case without further motion practice. Part of that effort will involve coordinating non-party depositions schedules across several states, and reviewing Defendants' bank records. Since the parties' expert reports may additionally rely upon facts that are still being gathered as part of the document production and deposition processes, the parties propose disclosing experts along with their qualifications, list of publications in the previous 10 years, and list of cases during the previous 4 years where the witness testified as an expert. After the completion of fact discovery, the experts will provide their written reports.

D.  Proposed Schedule for Completing All Remaining Discovery

The Parties seek to amend the Scheduling Order to extend each deadline as follows:

|   |   | Current Date | Proposed New Date |
|---|---|---|---|
| 1. | **Last date to disclose experts (identity, qualifications, list of publications within the previous 10 years, and list of cases during the previous 4 years in which the witness testified)** | March 6, 2017 | April 5, 2017 |

2

| | Current Date | Proposed New Date |
|---|---|---|
| 2. **Last date to disclose rebuttal experts (identity, qualifications, list of publications within the previous 10 years, and list of cases during the previous 4 years in which the witness testified)** | April 5, 2017 | April 19, 2017 |
| 3. **Last date to complete fact discovery** | May 4, 2017 | Unchanged |
| 4. **Last date to exchange expert reports** | March 6, 2017 | May 26, 2017 |
| 5. **Last date to exchange rebuttal expert reports** | March 6, 2017 | June 9, 2017 |
| 6. **Last date to complete expert discovery** | May 4, 2017 | June 23, 2017 |
| 6. **Last date to file dispositive motions (30 days after fact discovery closes)** | June 5, 2017 | July 7, 2017 |
| 7. **Last date to file joint pretrial order*** | July 5, 2017 | August 2, 2017 |

* In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

[*Remainder of Page Intentionally Left Blank*]

3

### III.   **CONCLUSION**

For the above-stated reasons, the Parties respectfully request that this Court enter an Order granting this Joint Motion and Stipulation to Amend the Discovery Plan and Scheduling Order using the new deadlines noted above.

| | |
|---|---|
| Dated: February 22, 2017 | Dated: February 22, 2017 |
| By: /s/ Sara J. O'Connell<br>    Sara J. O'Connell (*Pro Hac Vice*)<br>    soconnell@mcnamarallp.com<br>    MCNAMARA BENJAMIN LLP<br>    501 West Broadway, Suite 2020<br>    San Diego, California 92101<br>    Tel.: 619-269-0400 / Fax: 619-269-0401<br><br>    Abran E. Vigil<br>    vigila@ballardspahr.com<br>    BALLARD SPAHR LLP<br>    100 North City Parkway, Suite 1750<br>    Las Vegas, Nevada 89106-4617<br>    Tel.: 702-471-7000 / Fax: 702-471-7070<br>    *Attorneys for Plaintiff* | By: /s/ Jonathan C. Balfus<br>    Jonathan C. Balfus<br>    DAVID STEINER & ASSOCIATES PLC<br>    1801 Century Park East, Suite 1600<br>    Los Angeles California 90067<br>    Tel: 310-557-8422 / Fax: 310-556-0036<br><br>    L. Edward Humphrey, Esq.<br>    ehumphrey@hulolaw.com<br>    HUMPHREY LAW PLLC<br>    201 W. Liberty Street, Suite 204<br>    Reno, Nevada 89501<br>    Tel: 775-420-3500 / Fax: 855-485-6329<br>    *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

DATED:  2/23/2017                              *George Foley Jr.*
                                                                    HON. GEORGE FOLEY, JR.
                                                                    UNITED STATES MAGISTRATE JUDGE

4