# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THOMAS MCNAMARA, as receiver on behalf of Ascot Crossing, LLC, *et al.*,

        Plaintiff,

vs.

VOLTAGE PAY, INC., *et al.*,

        Defendants.

Case No. 2:15-cv-02177-JAD-GWF

**ORDER**

    This matter is before the Court on Daniel M. Benjamin, Esq.'s Motion to Withdraw as Attorney for Plaintiff (ECF No. 93), filed on October 11, 2017.

    Counsel represents that he will no longer be associated with the law firm of McNamara Smith LLP. Therefore, counsel requests that he be removed as attorney of record for Plaintiff. Counsel also indicates that Edward Chang, Esq. and Sara O'Connell, Esq. of McNamara Smith LLP and Abran Vigil, Esq. of Ballard Spahr LLP will continue to represent Plaintiff. The Court finds that counsel has provided good cause to justify granting the withdrawal. Accordingly,

    **IT IS HEREBY ORDERED** that Daniel M. Benjamin, Esq.'s Motion to Withdraw as Attorney for Plaintiff (ECF No. 93) is **granted**.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Daniel M. Benjamin, Esq. from the CM/ECF service list in this case.

    DATED this 12th day of October, 2017.

                                              GEORGE FOLEY, JR.
                                            United States Magistrate Judge