# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>IDEAL FINANCIAL SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 2:13-cv-00143-JAD-GWF<br><br>**ORDER GRANTING RECEIVER'S UNOPPOSED MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT**<br><br>Related Case:<br>*McNamara v. Voltage Pay Inc., et al.*<br>District of Nevada, Case No. 2:15-cv-02177-JAD-GWF<br><br>**[ECF Nos. 273, 274]** |

Good cause appearing, and based on the arguments at today's hearing and the findings and conclusions that the court placed on the record during that hearing, IT IS HEREBY ORDERED that the Receiver's Unopposed Motion for Order Approving Settlement Agreement **[ECF Nos. 273, 274] is GRANTED.**

The Clerk of Court is directed to file a copy of this order in Case No. 2:15-cv-2177-JAD-GWF and close that case.

_____
U.S. District Judge Jennifer Dorsey
October 30, 2017