Sara J. O'Connell (*Pro Hac Vice*)
soconnell@mcnamarallp.com
Edward Chang (NV 11783)
echang@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.:   619-269-0400
Fax:    619-269-0401

Abran E. Vigil (NV 7548)
vigila@ballardspahr.com
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Tel.:   702-471-7000
Fax:    702-471-7070

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Receiver for Ideal Financial Solutions, Inc.; Ascot Crossing, LLC; Chandon Group, Inc.; Bracknell Shore, Ltd.; Fiscal Fitness, LLC; Avanix, LLC; Debt Elimination Systems, LLC; US Debt Relief, LLC; Money Mastery, LLC; US Debt Assistance Corp.; IWB Services (St. Kitts); Financial Fitness, LLC; Debt to Wealth, LLC (St. Kitts); Debt to Wealth, LLC (Nevada); Ideal Goodness, LLC; Dollars West, LLC; Fluidity, LLC; Newport Sails, LLC; Shaw Shank, LLC; Bunker Hillside, LLC; Funding Guarantee, LLC; Newline Cash, LLC; Wealth Fitness, LLC; Zeal Funding Services, LLC; and related subsidiaries and affiliates, <br><br> Plaintiff, <br><br> v. <br><br> VOLTAGE PAY INC., a Canadian corporation doing business as voltagepay.com, Voltage Payments, Inc., and Voltage Pay LLC; KEVIN LEWIS; JETY HOLDINGS, a company of unknown origins; DAVID SHEHKTER; 2170773 ONTARIO LIMITED, a Canadian corporation; and ROES 1-10. <br><br> Defendants. | **Case No. 2:15-cv-02177-JAD-GWF** <br><br> **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS VOLTAGE PAY INC., JETY HOLDINGS, KEVIN LEWIS, DAVID SHEHKTER, AND 2170773 ONTARIO LIMITED** <br><br> <u>Related Case</u>: <br><br> *Federal Trade Commission v. Ideal Financial Solutions, Inc. et al.*, District of Nevada, Case No. 2:13-cv-00143-JAD-GWF <br><br> ECF No. 97 |

Plaintiff Thomas W. McNamara (the "Receiver" or "Plaintiff") and Defendants Voltage Pay Inc., Jety Holdings, Kevin Lewis, David Shekhter and 2170773 Ontario Limited (collectively, "Defendants" and, with Plaintiff, the "Parties") hereby jointly stipulate and move for an order dismissing all claims against Defendants in this action with prejudice.

As specified in the Settlement Agreement between Plaintiff and Defendants, the Court will retain jurisdiction over the Parties to enforce the Settlement Agreement and Mutual Release of Claims executed by the Parties.

The Parties shall bear their own costs and fees except as expressly provided in the Settlement Agreement and Mutual Release of Claims executed by the Parties.

IT IS SO STIPULATED.

Dated: December 4, 2017

By: */s/ Edward Chang*
Edward Chang
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, CA 92101
Tel.: 619-269-0400
Fax: 619-269-0401
echang@mcnamarallp.com
Attorneys for Plaintiff

Dated: December 4, 2017

By: */s/ David P. Steiner*
David P. Steiner, Esq.
David Steiner & Associates
1801 Century Park East, Suite 1600
Los Angeles, CA 90067
Tel.: 310-557-8422
Fax: 310-556-0336
dpsartnetlaw@gmail.com
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED:

DATED: 12-8-17

HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

1